UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
SANDAWANA HOLDINGS LTD.,                    :
:          **ORDER**
                  Plaintiff,       :
:          11 Civ. 2712 (AKH)
    -against-                              :
:
HENRY DUNAY,                                :
:
                  Defendant.       :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff has moved for an order holding Defendant in contempt for failure to comply with the Court's November 21, 2011 Order. Plaintiff alleges that Defendant transferred the henrydunay.net domain name to Plaintiff but has not transferred his other internet accounts to Plaintiff as required by the November 21, 2011 Order.

        The Court's December 14, 2011 Order modified the November 21, 2011 Order to permit Defendant to retain his Facebook, Twitter and email accounts provided he refrains from using such accounts to engage in jewelry-related commercial activity. Thus Plaintiff's motion is denied as moot.

        The Clerk shall mark the motion (Doc. No. 47) terminated.

        SO ORDERED.

Dated:    December 14, 2011
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge