N.Y.S.D. Case # 11-cv-2712(AKH)

**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the seventh day of May, two thousand and twelve,

Sandawana Holdings Ltd.,

Plaintiff - Appellee,

v.

Henry Dunay,

Defendant - Appellant.

**ORDER**
Docket Number: 12-84

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 08, 2012

A notice of appeal was filed on January 12, 2012. Appellant's brief and appendix, due April 20, 2012, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **May 21, 2012** if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/08/2012